IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 25- |
| v. | : | DATE FILED: |
| DAVID EASLEY | : | VIOLATION:<br>49 U.S.C. § 46314(a), (b)(2) (evading |
| | : | airport security – 1 count) |

**INFORMATION**

**COUNT ONE**

**THE ACTING UNITED STATES ATTORNEY CHARGES THAT:**

From on or about March 9, 2024, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**DAVID EASLEY,**

knowingly and willfully entered, in violation of security requirements prescribed under Title 49, Section 44901, an airport area that serves an air carrier, that is the sterile area of the Philadelphia International Airport, with intent to evade security procedures and restrictions, that is, (1) the requirement that all individuals who enter a secured or sterile area must submit their person and accessible property to inspection and screening; (2) the requirement that all individuals who enter a secured or sterile area must comply with the systems, measures, or procedures being applied to control access to, or presence of movement in, such areas; and (3) the prohibition that no person may tamper or interfere with, compromise, modify, attempt to circumvent, or cause a

person to tamper or interfere with, compromise, modify, or attempt to circumvent any security system, measure, or procedure.

In violation of Title 49, United States Code, Section 46314(a), (b)(2).

 

_____
**NELSON S.T. THAYER, JR.**
**Acting United States Attorney**

2

*No.*_ _ _ _ _ _ _ _ _ _

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

<u>Criminal Division</u>

THE UNITED STATES OF AMERICA

vs.

DAVID EASLEY

INFORMATION

49 U.S.C. § 46314(a), (b)(2) (evading : airport security – 1 count)

A true bill.

_____
Foreperson

Filed in open court this _____day,
Of _____A.D. 20_____
_____
Foreperson

Bail, $_____